Jeffrey G. Maxwell, ABA #1705026
Barlow Coughran Morales & Josephson, P.S.
1325 Fourth Avenue, Suite 910
Seattle, Washington 98101
(206) 224-9900
jeffreym@bcmjlaw.com

Counsel for Plaintiffs
Alaska Laborers Trust Funds

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA LABORERS-CONSTRUCTION INDUSTRY HEALTH & SECURITY FUND; ALASKA LABORERS-EMPLOYERS RETIREMENT FUND; ALASKA LABORERS-CONSTRUCTION INDUSTRY TRAINING FUND; and ALASKA LABORERS-CONSTRUCTION INDUSTRY LEGAL SERVICES FUND,<br><br>                Plaintiffs,<br>   v.<br><br>1 PRECISION PAINTING, INC., an Alaska corporation,<br><br>                Defendant. | Case No. 3:24-cv-00034-HRH |

## COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES

### I. PARTIES

1.1 Plaintiff Alaska Laborers-Construction Industry Health and Security Fund (the Health Trust) is a Taft-Hartley trust fund established to provide one or more employee welfare benefit plans covering hospitalization and medical/surgical care for the participating employees

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 1
3:24-cv-00034-HRH

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00034-HRH   Document 1   Filed 02/07/24   Page 1 of 9

on whose behalf contributions have been paid. The Health Trust maintains its principal office in Anchorage, Alaska.

1.2     Plaintiff Alaska Laborers-Employers Retirement Fund (the Retirement Trust) is a Taft-Hartley trust fund established to provide one or more employee pension benefit plans for the participating employees on whose behalf contributions have been paid and their beneficiaries. The Retirement Trust maintains its principal office in Anchorage, Alaska.

1.3     Plaintiff Alaska Laborers-Construction Industry Training Fund (the Training Trust) is a Taft-Hartley trust fund established to create and administer one or more apprenticeship and training plans and for charitable, educational, and scientific purposes for the participating employees on whose behalf contributions have been paid and their beneficiaries. The Training Trust maintains its principal office in Anchorage, Alaska.

1.4     Plaintiff Alaska Laborers-Construction Industry Legal Services Fund (the Legal Services Trust) is a Taft-Hartley trust fund established to provide legal services and related benefits for the participating employees on whose behalf contributions have been paid and their beneficiaries. The Legal Services Trust maintains its principal office in Anchorage, Alaska.

1.5     The Plaintiffs are commonly known as and referred to collectively as the Alaska Laborers Trust Funds.

1.6     Defendant 1 Precision Painting, Inc. (Precision Painting) is an Alaska corporation with its principal place of business in Wasilla, Alaska. At all relevant times, Precision Painting conducted business within this District.

## II. JURISDICTION AND VENUE

2.1     This Court has exclusive jurisdiction pursuant to §502(e)(1) of the Employee Retirement Income Security Act of 1974 ("ERISA"), codified at 29 U.S.C. §1132(e)(1).

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 2
3:24-cv-00034-HRH

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00034-HRH   Document 1   Filed 02/07/24   Page 2 of 9

2.2     Venue in this Court is proper pursuant to §502(e)(2) ERISA, codified at 29 U.S.C. §1132(e)(2), and pursuant to agreement between the parties.

## III.  FACTS

3.1     On or about July 1, 2019, Debra Shepersky executed a Compliance Agreement on behalf of Precision Painting with the Alaska State District Council of Laborers (the Union). The Compliance Agreement incorporates by reference the terms and conditions of the *2020-2023 AGC/ADCL Collective Bargaining Agreement*, effective April 1, 2020, a master labor agreement between the Associated General Contractors of Alaska and the Alaska District council of Laborers and its affiliated Local Unions (the Master Labor Agreement):

> INCORPORATED COLLECTIVE BARGAINING AGREEMENT: The parties hereby incorporate by reference and agree to all the terms and conditions of the Alaska Master Agreement, except as modified hereafter. The parties agree that said terms and conditions of the Alaska Master Agreement, in conjunction with this document, constitute a Collective Bargaining Agreement.

3.2     The current version of the Master Labor Agreement is the *2023-2026 AGC/ADCL Collective Bargaining Agreement*, effective April 1, 2023.

3.3     The Master Labor Agreement contains an evergreen clause, which renews the term year to year unless (i) the bargaining parties is enter into a successor agreement; or (ii) the agreement is terminated by one or both of the signatory parties.

3.4     By signing the Compliance Agreement, Precision Painting agreed to make fringe benefit contributions to the Alaska Laborers Trust Funds and be bound by the terms and conditions of their respective trust agreements:

> TRUST FUND OBLIGATIONS: The Contractor acknowledges and agrees to report, pay, and be responsible for all contributions to the Pension Trust Fund, Health and Welfare Trust Fund, Training Trust Fund, Legal Services Trust Fund, and other applicable Trust Funds established by the terms and conditions of the Alaska Master Agreement. The Contractor

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 3
3:24-cv-00034-HRH

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00034-HRH   Document 1   Filed 02/07/24   Page 3 of 9

further agrees to be bound by the terms and conditions of the Trust Agreements, and any amendments thereto, for the above Trust Funds. The Contractor accepts as its lawful representatives the Employer Trustees who may now or hereafter serve on the Board of Trustees. The Union shall furnish, at its expense, copies of the applicable Agreements upon request by the Contractor.

3.5 The Alaska Laborers Trust Funds are intended beneficiaries under the terms of the Compliance Agreement and the Master Labor Agreement.

3.6 By executing the Compliance Agreement, as discussed above, Precision Painting agreed to the terms of the (i) Alaska Laborers-Construction Industry Health and Security Fund; (ii) Alaska Laborers-Employers Retirement Fund; (iii) Alaska Laborers-Construction Industry Training Fund; and (iv) Alaska Laborers-Construction Industry Legal Services Fund.

3.7 Precision Painting's obligations under the Health Trust are set forth in Article II, Sections 8 – 10 and Article IV Sections 4 – 6 of the *Amended and Restated Agreement and Declaration of Trust of the Alaska Laborers-Construction Industry Health and Security Fund*, revised and restated effective July 1, 2018, and as amended. Under the Health Trust, Precision Painting agreed to, among other things:

- Submit its reports on or before the date specified in the underlying collective bargaining agreement (the 15th day of the calendar month following the month in which the contributions are payable);

- Comply with a request to submit any information, data, report, or other documents reasonably relevant to and suitable for purposes of administration of the trust, including audits, as requested by the trust fund;

- Payment of liquidated damages of ten percent (4%) on all delinquent contributions, ten percent (10%) if suit is filed;

- Payment of interest of ten percent (10%) on all delinquent contributions; and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 4
3:24-cv-00034-HRH

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00034-HRH   Document 1   Filed 02/07/24   Page 4 of 9

3.8     Precision Painting's obligations under the Retirement Trust are set forth in Article II, Sections 8 – 9 and Article IV, Sections 4 – 6 of the *Amended and Restated Agreement and Declaration of Trust Alaska Laborers-Employers Retirement Fund*, dated July 1, 2018, and as amended.  Under the Retirement Trust, Precision Painting agreed to, among other things:

- Submit its reports on or before the date specified in the underlying collective bargaining agreement (the 15th day of the calendar month following the month in which the contributions are payable);

- Comply with a request to submit any information, data, report, or other documents reasonably relevant to and suitable for purposes of administration of the trust, including audits, as requested by the trust fund;

- Payment of liquidated damages of four percent (4%) on all delinquent contributions, ten percent (10%) if suit is filed;

- Payment of interest of ten percent (10%) on all delinquent contributions; and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.9     Precision Painting's obligations under the Training Trust are set forth in Article II, Sections 8 – 9 and Article IV, Sections 4 – 6 of the *Amended and Restated Agreement and Declaration of Trust Alaska Laborers-Construction Industry Training Fund*, effective July 1, 2018, and as amended.  Under the Training Trust, Precision Painting agreed to, among other things:

- Submit its reports on or before the date specified in the underlying collective bargaining agreement (the 15th day of the calendar month following the month in which the contributions are payable);

- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, including audits, as requested by the trust fund;

- Payment of liquidated damages of four percent (4%) on all delinquent contributions, ten percent (10%) if suit is filed;

- Payment of interest of ten percent (10%) on all delinquent contributions; and

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 5
3:24-cv-00034-HRH

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00034-HRH   Document 1   Filed 02/07/24   Page 5 of 9

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.10    Precision Painting's obligations under the Legal Services Trust are set forth in Article II, Sections 8 – 9 and Article IV, Sections 4 – 6 of the *Amended and Restated Agreement and Declaration of Trust Alaska Laborers-Construction Industry Legal Services Fund*, dated July 1, 2018 and as amended.  Under the Legal Services Trust, Precision Painting agreed to, among other things:

- Submit its reports on or before the date specified in the underlying collective bargaining agreement (the 15th day of the calendar month following the month in which the contributions are payable);

- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, including audits, as requested by the trust funds;

- Payment of liquidated damages of four percent (4%) on all delinquent contributions, ten percent (10%) if suit is filed;

- Payment of interest of ten percent (10%) on all delinquent contributions; and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.11    In 2022, Precision Painting was selected for a routine audit of its payroll and related business records to review whether the company complied with its reporting and payment of fringe benefit contributions to the Alaska Laborers Trust Funds.  The audit covered the period January 1, 2021 to the present (the Audit Period).

3.12    On January 24, 2022, the Alaska Laborers Trust Funds' auditor notified Precision Painting of its selection for an audit.

3.13    Throughout 2022 and early 2023, the Trust Funds' auditor attempted to obtain payroll and related business records from Precision Painting in order to proceed with the audit.

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 6
3:24-cv-00034-HRH

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00034-HRH   Document 1   Filed 02/07/24   Page 6 of 9

Precision Painting did not comply with the auditor's request for payroll and related business records.

3.14    Because Precision Painting did not comply with the audit, this matter was referred to counsel.

3.15    As of the date of this complaint, Precision Painting has not produced records to the Alaska Laborers Trust Funds' auditor.

## IV.  CAUSES OF ACTION

### First Cause of Action
### (Breach of Labor Agreement/Trust Agreement)

4.1    The Alaska Laborers Trust Funds reallege each and every allegation contained in ¶¶3.1 – 3.15, above.

4.2    Precision Painting's failure to comply with the audit constitutes a breach of the terms of the Compliance Agreement and the Master Labor Agreement between the Union and Precision Painting, to which the Alaska Laborers Trust Funds are beneficiaries.  Precision Painting's failure to comply with the audit also constitutes a breach of the Trust Agreements, the terms of which Precision Painting agreed to when it signed the Compliance Agreement.

4.3    As a result of Precision Painting's breach, the Alaska Laborers Trust Funds have been damaged in an amount to be proven at trial, plus ancillary charges including liquidated damages, prejudgment interest, attorney fees, and costs of collection.

### Second Cause of Action
### (Violation of ERISA)

4.4    The Alaska Laborers Trust Funds reallege each and every allegation contained in ¶¶3.1 – 3.15, above.

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 7
3:24-cv-00034-HRH

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00034-HRH   Document 1   Filed 02/07/24   Page 7 of 9

4.5     Precision Painting's failure to report and pay fringe benefit contributions constitutes a violation of §503(a)(3), §515 ERISA, codified at 29 U.S.C. §1132(a)(3), §1145.

4.6     As a result of Precision Painting's violation, the Alaska Laborers Trust Funds have been damaged in an amount to be proven at trial, plus ancillary charges including liquidated damages, prejudgment interest, attorney fees, and costs of collection.

### Third Cause of Action
### (Equitable Relief)

4.7     The Alaska Laborers Trust Funds reallege each and every allegation contained in ¶¶3.1 – 3.15, above.

4.8     Precision Painting's failure to fully comply with the Alaska Laborers Trust Funds' audit gives rise for a claim for equitable relief under 29 U.S.C. 1132(a)(3).  Specifically, the Alaska Laborers Trust Funds are entitled to an order compelling Precision Painting to fully comply with the audit and the auditor's document requests.

## V.  REQUESTED RELIEF

The Plaintiff Alaska Laborers Trust Funds respectfully request the Court grant the following relief:

A.     Entry of equitable relief, including an order compelling Precision Painting to fully comply with the audit and the auditor's document requests;

B.     Upon completion of the audit, should the auditor conclude Precision Painting has failed to properly report and pay fringe benefit contributions to the Alaska Laborers Trust Funds, then entry of:

   a.     Judgment against Precision Painting in an amount to be determined at trial for past-due and delinquent fringe benefit contributions as set forth in the audit report, and owed by defendant pursuant to the terms of the labor and trust agreements to which Precision Painting is a party;

   b.     Judgment against Precision Painting in an amount to be determined at trial for liquidated damages as set forth in the audit report, and owed by

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 8
3:24-cv-00034-HRH

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00034-HRH   Document 1   Filed 02/07/24   Page 8 of 9

    defendant pursuant to the terms of the labor and trust agreements to which Precision Painting is a party;

  c. Judgment against Precision Painting in an amount to be determined at trial for accrued prejudgment interest as set forth in the audit report, and owed by defendant pursuant to the terms of the labor and trust agreements to which Precision Painting is a party;

  d. Judgment against Precision Painting in an amount to be determined at trial for additional prejudgment interest from the date of the audit report until judgment;

  e. Judgment against Precision Painting in an amount to be determined at trial for audit fees as set forth in the audit report, and owed by defendant pursuant to the terms of the labor and trust agreements to which Precision Painting is a party;

C. An award of attorney fees of not less than $5,000.00, plus costs of collection, as authorized by the labor and trust agreements to which Precision Painting is a party, and as authorized under ERISA;

D. An award of post-judgment interest at the 10% rate specified by the applicable trust agreement, and as authorized under ERISA; and

E. Any other such relief under federal law or as is just and equitable.

Dated: February 7, 2024.

s/ Jeffrey G. Maxwell
Jeffrey G. Maxwell, ABA #1705026
**Barlow Coughran Morales & Josephson, P.S.**
1325 Fourth Avenue, Suite 910
Seattle, Washington 98101
(206) 224-9900
jeffreym@bcmjlaw.com

Counsel for Plaintiffs
Alaska Laborers Trust Funds

COMPLAINT FOR EQUITABLE RELIEF AND FOR MONETARY DAMAGES – 9
3:24-cv-00034-HRH

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Case 3:24-cv-00034-HRH   Document 1   Filed 02/07/24   Page 9 of 9